

**NUMBER 13-14-00121-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JOSE JUAN GARCIA,**                                         **APPELLANT,**

**v.**

**CARLOS TORRES SANTINI,**                             **APPELLEE.**

**On appeal from the County Court at Law No. 1
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, Jose Juan Garcia, brought an appeal from a judgment entered by the County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-13-2857-A. Appellant has now filed an unopposed motion for voluntary dismissal of this appeal. Appellant seeks dismissal of the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See id.* Accordingly, appellant's motion for voluntary dismissal of the appeal is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
7th day of August, 2014.